UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD EUGENE MATTHEWS II** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-2938** |
| **TANGIPAHOA PARISH POLICE JURY, SHERIFF DANIEL EDWARDS, WARDEN LT. DOE FINN, DEPUTY DOE EADY, DEPUTY DOE SOSPHEAS** | **SECTION "J" (4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that the 42 U.S.C. § 1983 claims of Ronald Eugene Matthews, II, against the Tangipahoa Parish Police Jury and/or Tangipahoa Parish and against Sheriff Daniel Edwards, Warden Finn, Deputy Eady, and Deputy Sospheas, each in their official capacity, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Matthews's § 1983 claims against Sheriff Edwards and Warden Finn, each in their individual capacity, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Matthews's § 1983 claims for use of racial slurs and use of restraints against Deputy Sospheas, in his individual capacity, are **DISMISSED WITH**

**PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, §1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Matthews's § 1983 claim for use of racial slurs and excessive force on November 23, 2015, against Deputy Eady, in his individual capacity, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, §1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Matthews's § 1983 condition of confinement claims are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Matthews's § 1983 claims of intentional indifference to his safety and use of excessive force brought against Deputy Sospheas in his individual capacity and his § 1983 claims of intentional indifference to his health related to the liquid diet and intentional indifference to his safety related to the alleged inciting of the inmate attack brought against Deputy Eady in his individual capacity are referred back to the assigned Magistrate Judge for further pretrial proceedings.

**IT IS FURTHER ORDERED** that Matthews's *Motion for Leave to File Amended Complaint* (**Rec. Doc. 15**) is **GRANTED**. The name of the Defendant, referred to as "Tangipahoa Police Jury" in Matthews's original complaint, is hereby replaced by "Parish of Tangipahoa." *See* (Rec. Doc. 14 at 1-2.)

New Orleans, Louisiana, this 2nd day of February, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

2

**CLERK TO NOTIFY MAGISTRATE
JUDGE KAREN WELLS ROBY**